Exhibit D to Plaintiffs' Complaint to be filed under seal upon entry of an Order