**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| INDUCTION INNOVATIONS, INC., and ) | | |
| SARGE HOLDINGS COMPDANY, LLC, ) | | |
| Plaintiffs/Counter-defendants, ) | No. 1:13-cv-05102 | |
| ) | | |
| v. ) | Judge Manish S. Shah | |
| ) | | |
| DAVID PACHOLOK, ) | | |
| Defendant/Counter-plaintiff. ) | | |

**PLAINTIFFS' SECOND MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Induction Innovations, Inc. and Sarge Holdings, LLC respectfully move the Court, pursuant to Fed. R. Civ. P. 56 and LR 56.1 for an order granting summary judgment that Mr. Pacholok is owed $55,677.28 from the Plaintiffs under the SPA. In support of its Motion, Plaintiffs file a Memorandum in support and a LR 56.1 Statement of Undisputed Material Facts herewith, showing that Plaintiffs are entitled to such.

Dated: March 8, 2016                                            Respectfully submitted,

                                                                                        s/Michael P. Mazza/
Michael P. Mazza
Illinois Bar No. 6201609
Dana Alvarado
Illinois Bar No. 6291515
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, Illinois 60137-4281
Phone: (630) 858-5071
Fax: (630) 282-7123
Email: mazza@mazzallc.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing PLAINTIFFS' SECOND MOTION FOR SUMMARY JUDGMENT via the Court's CM/ECF system pursuant to LR 5.9 on March 8, 2016.

Dated: March 8, 2016

Respectfully submitted,

s/Michael P. Mazza/
Michael P. Mazza
Illinois Bar No. 6201609
Dana Alvarado
Illinois Bar No. 6291515
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, Illinois 60137-4281
Phone: (630) 858-5071
Fax: (630) 282-7123
Email: mazza@mazzallc.com

**ATTORNEYS FOR PLAINTIFFS**